**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 17, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00802-CV

---

## IN RE TROY J. WILSON AND GEORGETTE GEORGE WILSON, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-38393**

---

## MEMORANDUM OPINION

On September 12, 2013, relators Troy J. Wilson and Georgette George Wilson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Jim York, presiding judge of the 246th District Court of Harris County, to vacate his July 18, 2013 order retaining the underlying suit on the court's docket.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for temporary relief requesting a stay of the trial court proceedings.

PER CURIAM

Panel Consists of Justices Brown, Christopher, and Donovan.